### HARRIS et al. v. SHEFFIELD, judge.

EVANS, J. The application for mandamus in this case is to compel the judge to certify a bill of exceptions complaining of errors committed on the trial, and is controlled by the case of *Harris* v. *Sheffield*, ante, 299.

*Mandamus denied. All the Justices concur.*

Argued April 8,—Decided May 15, 1907.

Application for mandamus.

*Byron Collins* and *Pope & Bennet*, for plaintiffs.

*Peeples & Jordan*, for defendant.